IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MISSION LANE, LLC, PENTAGON FEDERAL CREDIT UNION, SECURITY CREDIT SERVICES, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>Defendants. | Case No: 2:25-cv-03872-ST |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant, Mission Lane, LLC.

Mission Lane, LLC has not served an answer, motion or otherwise appeared in this action.

Dated: July 28, 2025

**SANDERS LAW GROUP**

By:  */s/ Alain Cesar*
Alain Cesar, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: acesar@sanderslaw.group

File No.: 131728
*Attorneys for Plaintiff*