IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MISSION LANE, LLC, PENTAGON FEDERAL CREDIT UNION, SECURITY CREDIT SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No: 2:25-cv-03872-ST<br><br><br>NOTICE OF SETTLEMENT |

Now comes the Plaintiff CHRISTOPHER PETERSON by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Defendant Equifax Information Services, LLC, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Equifax Information Services, LLC.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: August 20, 2025

                                            **SANDERS LAW GROUP**

                                            By:  */s/ Alain Cesar*
                                            Alain Cesar, Esq.
                                            333 Earle Ovington Blvd, Suite 402
                                            Uniondale, NY 11553
                                            Tel: (516) 203-7600
                                            Email: acesar@sanderslaw.group
                                            Our File No.: 131728
                                            *Attorneys for Plaintiff*